

**FILED**
AUG 13 2024
Clerk, U.S. District Court
By: N. Cump   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_Ronda_
_Kaye_
_Hubbard_
(Enter above the full name of the Plaintiff(s))

vs.

_KDHE, DCF, KanCare_
Name

_____
Street and number
_Topeka, Kansas_
City       State       ZipCode

24-cv-4077-DDC-RES

Case Number _17M0998MS_

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff _Ronda K. Hubbard_
     Address _2200 SE Madison St., Topeka, KS 66605_

1



(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _Roger Fincher_ is employed at _Fincher Law Injury & Accident Lawyers, Topeka, KS 66612_

C. Additional Defendants _SSA, KDOL, DCF, KanCare Clearinghouse, KDHE, KDADS, Office of Administrative Hearings, Grace Med Clinics, KU Campus St. Francis, Stormont-Vail and I just haven't been protected to have "Consumer Protection."_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of _Kansas_.
2. The first-named defendant above is either
    a. a citizen of the State of _Kansas_; or
    b. a corporation incorporated under the laws of the State of _Kansas_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
    a. a citizen of the State of _Kansas_; or
    b. a corporation incorporated under the laws of the State of _Kansas_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

[✓] 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section _1983_; Statute, US Code, Title _42_, Section _1985_.

[✓] 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

[ ] 3.  Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

• Roger Fincher, neglected to do what was best for me, no due process changing date on injury from July 17, 2012 to June 17, 2012.

• Kansas Department of Health and Environment, Kansas Department of Children & Families, KanCare Clearing House, KDOL, SSA with both Hospitals denied health treatment and other federal benefits. And Grace Med Clinics

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

3

_Justice by all my civil rights being restored back to me as well as my name, credit and benefits to move forward. I would like medical treatment that will benefit me with protection_

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [✓]  No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [✓]  No [ ]

VII. Do you claim punitive monetary damages?  Yes [✓]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

_Where there is no amount I could really put to this claim, because of the year of neglect, deny, and delay to give relief. $166 million dollars, medical treatment, insurance, and so much more because lies have been told and continue to circulate, as I need protection as well as my family members._

4

VIII.  Administrative Procedures:

A.  Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [✓]  No [ ]

B.  If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Office of Administrative Hearings
• Result not favorable for me because the hearing was denied.

C.  If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX.  Related Litigation:

Please mark the statement that pertains to this case:

[ ]  This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

[✓]  Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_Ronda K. Hubbard_
Signature of Plaintiff

_Ronda K. Hubbard_
Name (Print or Type)

_2200 SE Madison Street_
Address
_Topeka, KS 66605_

5

_Topeka, KS 66605_
City                State        Zip Code

_(785) 501-7079_
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,   ☐ Kansas City, or   ☑ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

_Ronda K. Hubbard_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☐ Yes or ☑ No }
(Select One)

_Ronda K. Hubbard_
Signature of Plaintiff

Dated: _____
(Rev. 10/15)