FILED
United States Court of Appeals
Tenth Circuit

June 10, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| RONDA KAYE HUBBARD,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT; KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES; KANCARE; ROGER FINCHER; SOCIAL SECURITY ADMINISTRATION; KANSAS DEPARTMENT OF LABOR; KANCARE CLEARINGHOUSE; KANSAS DEPARTMENT OF AGING AND DISABILITY SERVICES; OFFICE OF ADMINISTRATIVE HEARINGS; GRACEMED CLINIC; KU CAMPUS ST. FRANCIS; STORMONT-VAIL,<br><br>    Defendants - Appellees. | No. 25-3069<br>(D.C. No. 5:24-CV-04077-DDC-RES)<br>(D. Kan.) |

_____

**ORDER**
_____

    This matter is before the court because Appellant Ronda Kaye Hubbard has failed to comply with to the court's April 23 and May 8, 2025 orders that directed Ms. Hubbard to file a written response that specifically addresses whether she waived her right to appellate review of the district court's dismissal order by failing to file timely and specific objections to the magistrate judge's report and recommendation.

Accordingly, this appeal is dismissed for failure to prosecute pursuant to Tenth Circuit Rule 42.1.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk