UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 10, 2025

Ronda Kaye Hubbard
2200 SE Madison Street
Topeka, KS 66605

Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
444 Southeast Quincy
U.S. Courthouse
Room 490
Topeka, KS 66683-0000

**RE:   25-3069, Hubbard v. Kansas Department of Health and Environment, et al**
Dist/Ag docket: 5:24-CV-04077-DDC-RES

Dear Appellant and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at